UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00390

**Eugene Angelo Harris, Jr.,**
*Plaintiff,*

v.

**David Enriquez,**
*Defendant.*

# ORDER

Plaintiff filed this action under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the complaint be dismissed without prejudice for failure to prosecute. Doc. 5 at 1. Plaintiff did not file written objections to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court dismisses the compliant without prejudice for failure to prosecute. Any pending motion is denied as moot.

*So ordered by the court on January 8, 2026.*

J. Campbell Barker
United States District Judge